IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| OLYMPIC STEAKHOUSE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 1:23-cv-02191-JDB-jay |
| WESTERN WORLD INSURANCE GROUP, STEVE NASH, and JS HELD, LLC, | ) ) ) ) | |
| Defendants. | ) ) ) | |

ORDER OF REFERENCE

In its notice of removal filed April 3, 2023, Defendant Western World Insurance Group, asserted that JS Held LCC and Steve Nash, also named Defendants in this matter, had been fraudulently joined by Plaintiff in an attempt to defeat diversity jurisdiction in this Court. (Docket Entry 1.)  The issue of fraudulent joinder is hereby REFERRED to the United States magistrate judge for determination and/or report and recommendation.  Any objections to the magistrate judge's order and/or report shall be made within fourteen days after service of the order and/or report, setting forth particularly those portions of the order and/or report objected to and the reasons for the objections.  *See* Fed. R. Civ. P. 72.

IT IS SO ORDERED this 4th day of April 2023.


s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE