```
CASENO:    1:23cv02191
DOCUMENT:  10


Steve Nash
J.S. Held, LLC
1441 New Hwy 96 West Ste 2, 202
Franklin, TN 37064




ELECTRONIC FILING AND NOTIFICATION
THE WESTERN DISTRICT OF TENNESSEE
http://www.tnwd.uscourts.gov/ FO
UP FOR ELECTRONIC FILING AND NOTI
```



Returned envelope: UNITED STATES DISTRICT COURT, OFFICE OF THE CLERK, 262 U.S. COURTHOUSE, 111 S. HIGHLAND AVE., JACKSON, TN 38301. RECEIVED APR 27 2023 Wendy R Oliver, Clerk, U.S. District Court, W.D. OF TN, Jackson. NIXIE 372 FE 1 0004/19/23 RETURN TO SENDER NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD. Handwritten: "Not at this address". FIRST-CLASS MAIL $000.60 04/11/2023 ZIP 38301.