IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| OLYMPIC STEAKHOUSE, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 1:23-cv-02191-JDB-jay ) |
| WESTERN WORLD INSURANCE GROUP, JS HELD, LLC, and STEVE NASH | ) ) ) ) |
| Defendants. | ) ) ) |

ORDER OF REFERENCE

Before the Court is the May 3, 2023, motion of counsel for Plaintiff, Olympic Steakhouse, to remand this matter to state court and for the payment of fees and expenses. (Docket Entry 25.) The motion is hereby REFERRED to the United States magistrate judge for report and recommendation. Any objections to the magistrate judge's report shall be made within fourteen days after service of the report, setting forth particularly those portions of the report objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's report will constitute a waiver of that objection. *See* Fed. R. Civ. P. 72.

IT IS SO ORDERED this 5th day of May 2023.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE