IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

OLYMPIC STEAKHOUSE )
)
Plaintiffs )
)
v. ) No.: 1:23-cv-02191-JDB-jay

)
WESTERN WORLD INSURANCE GROUP,
STEVE NASH AND J & S HELD LLC
)
)
Defendants

---

MOTION FOR AN EXTENSION OF TIME TO SERVE PROCESS UPON THE DEFENDANTS
JS HELD AND STEVE NASH

COMES NOW THE PLAINTIFF and pursuant to Rule 6 and moves the Court for an extension of time to respond to serve process upon the Defendants and would show this Court the following:

1. On February 24, 2023, Plaintiff filed suit in this case and issued process. [DE 1].

2. Process was returned unable to be served on March 2, 2023.

3. On May 25, 2023, Plaintiff conducted additional investigation to determine an alternative address for the non-diverse defendant JS Held and Steven Nash.

4. In light of the approaching 90-day time limit for service of process, the Plaintiff urges the Court to find that Plaintiff is entitled to a good-faith extension of the time to serve process in this matter.

5. The Defendant has been consulted via e-mail and does not consent to this motion.

Respectfully submitted,

**_/s/Drayton D. Berkley**
Drayton D. Berkley, Esq.
Berkley Law Firm, PLLC
**attorneyberkley@gmail.com**
*Attorney for Plaintiff*
P.O. Box 771048
Memphis, TN 38177

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that the foregoing document has been served upon the following counsel of record or parties pro se in this cause **ONLY BY ELECTRONIC TRANSMISSION** to the following:

JORDAN D. WATSON (BPR #038242)
CARR ALLISON
736 Market Street, Suite 1320
Chattanooga, Tennessee 37402
Attorney for Defendant, Western World Insurance Group

This, the 26th day of May 2023

**_/s/Drayton D. Berkley**
**Drayton D. Berkley**