IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

OLYMPIC STEAKHOUSE )
)
Plaintiffs )
)
v. ) No.: 1:23-cv-02191-JDB-jay
)
WESTERN WORLD INSURANCE GROUP,
STEVE NASH AND J & S HELD LLC )
)
Defendants

**REQUEST ISSUANCE OF ATTACHED SUMMONS**

COMES NOW THE PLAINTIFF, by and though undersigned counsel, and request the issues the attached summons in this action for service of process.

Respectfully submitted,

**_/s/Drayton D. Berkley**
Drayton D. Berkley, Esq.
Berkley Law Firm, PLLC
**attorneyberkley@gmail.com**
*Attorney for Plaintiff*
P.O. Box 771048
Memphis, TN 38177

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that the foregoing document has been served upon the following counsel of record or parties pro se in this cause **ONLY BY ELECTRONIC TRANSMISSION** to the following:

JORDAN D. WATSON (BPR #038242)
CARR ALLISON
736 Market Street, Suite 1320
Chattanooga, Tennessee 37402

Attorney for Defendant, Western World Insurance Group

This, the 26th day of May 2023

**_/s/Drayton D. Berkley**
**Drayton D. Berkley**