IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| OLYMPIC STEAKHOUSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-02191-JDB-jay |
| | ) | |
| WESTERN WORLD INSURANCE | ) | |
| GROUP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER TO SHOW CAUSE

On May 24, 2023, Defendant Western World Insurance Group filed a motion for partial dismissal under Federal Rule of Civil Procedure 12(b)(6). (Docket Entry 15.) Pursuant to Local Rule 12.1(b), "A party opposing a motion to dismiss must file a response within 28 days after the motion is served." LR 12.1(b). To date, Plaintiff Olympic Steakhouse has not filed a response to Defendant's motion. Therefore, Plaintiff is ORDERED to show cause, within fourteen days of entry of this order, why the Court should not grant Defendant's motion.

IT IS SO ORDERED this 25th day of August 2023.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE