IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM SAVEH D/B/A OLYMPIC STEAKHOUSE,**<br><br>　　　Plaintiff,<br><br>　　v.<br><br>**WESTERN WORLD INSURANCE COMPANY,**<br><br>　　　Defendant. | Case Nos: 1:21-cv-02373-JDB-jay<br>　　　　　　1:23-cv-02191-JDB-jay |

## NOTICE OF APPEARANCE

Brian C. Neal (BPR #022532) and Matthew B. Rogers (BPR #038777) of Burr & Forman LLP hereby give notice that they are appearing as counsel for the Court Appointed Appraisal Umpire, Toby Johnson d/b/a Omega Insurance Appraisals ("Omega"), a non-party to this action, for the limited purpose of filing a response to Plaintiff's Motion to Set Reasonable Umpire Fee for Court Appointed Appraisal Umpire Toby Johnson (D.E. 111.) The undersigned hereby requests service of all filings and service documents in this case.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Brian C. Neal*
　　　　　　　　　　　　　　　　　　　　Brian C. Neal (TN BPR No. 022532)
　　　　　　　　　　　　　　　　　　　　Matthew B. Rogers (TN BPR No. 038777)
　　　　　　　　　　　　　　　　　　　　Burr & Forman, LLP
　　　　　　　　　　　　　　　　　　　　222 2nd Avenue South, Suite 2000
　　　　　　　　　　　　　　　　　　　　Nashville, TN 37201
　　　　　　　　　　　　　　　　　　　　615-724-3200 (office)
　　　　　　　　　　　　　　　　　　　　615-724-3290 (fax)
　　　　　　　　　　　　　　　　　　　　bneal@burr.com / mrogers@burr.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Court Appointed Appraisal Umpire,*
　　　　　　　　　　　　　　　　　　　　*Toby Johnson d/b/a Omega Insurance Appraisals*

61430949 v1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 2, 2025, a copy of the foregoing has been served via the Court's CM/ECF system on the following:

| | |
|---|---|
| David S. Farber<br>The Farber Law Firm<br>2199 Ponce de Leon Blvd., Suite 301<br>Coral Gables, FL  33134<br>dfarber@dfarberlaw.com | Jordan D. Watson,<br>Carr Allison, PC<br>736 Market Street, Suite 1320<br>Chattanooga, TN 37402<br>jwatson@carrallison.com |
| John D. Drake<br>421 W. College Street<br>Murfreesboro, TN 37130<br>John@attorneymurfreesboro.com | Drayton Berkley<br>1255 Lynnfield Road, Suite 266<br>Memphis, TN  38119<br>attorneyberkley@gmail.com |
| Allan S. Jones<br>Carr Allison, PC<br>100 Vestavia Pkwy.<br>Birmingham, AL  35216<br>asjones@carrallison.com | |

                                              */s/ Brian C. Neal*